Elizabeth Soveranez, SBN 024009
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602-778-3700
Facsimile: 602-778-3750
Elizabeth.soveranez@ogletree.com

*Attorneys for Defendant ComTrans Ambulance Service, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Rynn, Gelliana David Rynn, Marcella Rynn,<br><br>        Plaintiffs,<br><br>    v.<br><br>Craig Jennings, et al.,<br><br>        Defendants. | No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446** |

**To the Clerk of the Above-Entitled Court:**

Defendant ComTrans Ambulance Service, Inc.,[1] ("ComTrans" or "Defendant"), by and through undersigned counsel, notifies this Court of the removal of the above civil action from the Superior Court of the State of Arizona, Maricopa County to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446.

## I.    THE STATE COURT ACTION

1. On or about September 9, 2024, Plaintiffs filed their Complaint in the Superior Court of the State of Arizona, County of Maricopa. The action is entitled *Richard Rynn, et al. v. Craig Jennings, et al.* and bears Case Number CV2024-020630 (the "Complaint").

---

[1] ComTrans, Inc. is not the proper named Defendant.

2. True and correct copies of the Complaint, Summons, Certificate of Compulsory Arbitration, Waiver of Service, and the current state court docket are attached as **Exhibit 1**.

3. No other pleadings or documents have been filed in state court as of the date of this Notice.

## II.    FEDERAL QUESTION JURISDICTION EXISTS

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which confers subject matter jurisdiction over cases presenting questions of federal statutory law. *See Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1086 (9th Cir. 2009). Jurisdiction exists pursuant to 28 U.S.C. § 1331 because a federal question is presented on the face of Plaintiffs' Complaint. *See Rivet v. Regions Bank of La.*, 522 U.S. 470, 475 (1998).

5. Plaintiffs' Complaint asserts claims against Defendant ComTrans arising under federal law. Plaintiffs specifically seek relief against ComTrans under 42 U.S.C. § 1983 and Title VII of the Civil Rights Act of 1962, 42 U.S.C. §§ 2000e–2000e-17 (as amended). Because the Complaint presents questions of federal law, removal is authorized under 28 U.S.C. §§ 1331 and 1441(a).

6. Under 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over all non-removable causes of action asserted in the Complaint because such causes of action are so related to the removable claims that they form part of the same case or controversy. Alternatively, this Court has jurisdiction over any non-removal claims pursuant to 28 U.S.C. § 1441(c).

7. State law claims fall within this Court's supplemental jurisdiction when they share a "common nucleus of operative fact" with the federal claims. *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966). Plaintiffs' state and federal law claims are based on Plaintiff Richard Rynn's allegation he was subjected to workplace discrimination by

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

Defendant. Therefore, his state law claims share a "common nucleus of operative fact" with his federal claims.

## III.    OTHER REQUIREMENTS FOR REMOVAL ARE MET

8.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty days have elapsed since September 9, 2024, the date on which Plaintiff filed the Complaint. *See Cooke v. Masterpharm, LLC*, No. CV-10-845-PHX-GMS, 2010 WL 2490536, at *1–2 (D. Ariz. June 16, 2010); *Lacey v. Malandro Commc'n, Inc.*, No. CV-09-01429-PHX-GMS, 2009 WL 4755399, at *2–3 (D. Ariz. Dec. 8, 2009).

9.    Defendant served a copy of this Notice of Removal on Plaintiffs and a copy was filed with the Maricopa County Superior Court Clerk pursuant to Local Rule 3.6. A copy of the Notice of Removal filed with the state court clerk is attached as **Exhibit 2**.

10. Defendant hereby requests this action be removed from the Maricopa County Superior Court to this Court.

DATED this 2nd day of October, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    /s/ Elizabeth Soveranez
Elizabeth Soveranez
2415 East Camelback Road, Suite 800
Phoenix, AZ  85016
Elizabeth.soveranez@ogletree.com

*Attorneys for Defendant ComTrans, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October 2024, I transmitted the foregoing document by certified mail and email to:

Richard Rynn, pro se
Gelliana David Rynn, pro se
Marcella Rynn, pro se
1299 East Marlin Drive
Chandler, AZ 85286
richardrynn@yahoo.com

By: /s/ Amanda Boynton

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700