Richard Rynn, Gelliana David Rynn
Marcella Rynn
1299 E. Marlin Drive
Chandler, AZ 85286
(520)510-6370
richardrynn@yahoo.com
*Pro Per*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD RYNN, GELLIANA DAVID RYNN, MARCELLA RYNN<br>Plaintiffs,<br>v.<br>Defendants.<br>CRAIG JENNINGS for actions outside of his official capacity as judge of Avondale city court, CITY OF AVONDALE, PHOENIX POLICE DEPARTMENT, CITY OF PHOENIX, AVONDALE COURT, PATRICK CAMUNEZ, FIRST TRANSIT, TRANSDEV, LYNN MCLEAN, DOMINIC LANZA, AND JOHN TUCHI for actions outside of his official capacity as judge of the district court, UNITED STATES, UNITED STATES DISTRICT COURT, BORDER PATROL, LITTLER MENDELSON, CHILDRENS BUREAU, DEPARTMENT OF HEALTH AND HUMAN SERVICES, COMTRANS, CATHY COTTEE, CANDY ZAMMIT, RENEE MILLER, INTERMOUNTAIN, DANIEL WASHBURN for actions outside of his official capacity as judge of Pinal County Superior court, ABC CORPORATION I-X; AND BLACK AND WHITE PARTNERSHIPS, AND/OR SOLE PROPRIETORSHIPS I-X, et al | Case No. CV-24-594-TUC-JGZ<br><br>PLAINTIFFS RICHARD, GELLIANA, MARCELLA MOTION TO COMPEL THE SETTING OF RULE 26 CONFERENCE |

1

## PLAINTIFFS RICHARD, GELLIANA, MARCELLA MOTION TO COMPEL THE SETTING OF RULE 26 CONFERENCE

### I. INTRODUCTION

In this motion, Plaintiffs Richard, Gelliana, Marcella request the Court to issue an order to compel Defendants Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, state defendants, Daniel Washburn, Cathy Cottee, City defendants, Comtrans, Ambulance Services, Intermountain, Avondale court, Craig Jennings, City of Avondale, United States of America, U.S. Border Patrol, U.S. Department of Health and Human Servies, The Childrens Bureau, the United States District Court for The District Of Arizona, Dominic W. Lanza and John J. Tuchi, Renee Miller to hold a conference pursuant to Federal Rule of Civil Procedure 26(f), and to comply promptly with all aspects of Rule 26 including, but not limited to, scheduling and participating in the discovery conference and discovery required by the Rules.

Plaintiffs filed an amended complaint, and an amendment correction to complaint alleging breach of contract, injuries under color of law, constitutional rights violations including non-disclosure of intentional malicious false accusations including fraud, abuse of process, etc. Plaintiffs seek damages, injunctive, declaratory and equitable relief, compensation, attorneys' fees, costs and other appropriate relief.

Plaintiffs requested a Rule 26 conference and defendants Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, state defendants, Daniel Washburn, Cathy Cottee, City defendants, Comtrans, Ambulance Services, Intermountain, Avondale court, Craig Jennings, City of Avondale, United States of America, U.S. Border Patrol, U.S. Department of Health and Human Servies, The Childrens Bureau, the United States District Court for The District Of Arizona, Dominic W. Lanza and John J. Tuchi, Renee Miller would not agree to set the conference. Defendants' refusal to set the conference is

contrary to their Rule 26 obligations. It has the effect of stalling and delaying prosecution of this case and, in effect, imposing a unilateral stay on all discovery, without making the showing that would be required by a motion for a stay. Defendants would not provide a date for a Rule 26(f) conference despite requests for a proposed date. Plaintiffs seek to enforce the clear mandate of Rule 26(f) requiring that the conference take place "as soon as practicable."

## II. RELEVANT PROCEDURAL HISTORY

Defendants state defendants, Daniel Washburn, Cathy Cottee, City defendants, Comtrans Ambulance Services, Intermountain, Avondale court, Craig Jennings, City of Avondale, United states of America, U.S. Border Patrol, U.S. Department of Health and Human Servies, The defendant Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, Childrens Bureau, the United States District Court for The District Of Arizona, Dominic W. Lanza and John J. Tuchi, Renee Miller have appeared through counsel and filed a motion to dismiss. Plaintiffs requested multiple parties to discovery interrogatories and requested defendants to meet for a Rule 26(f) conference. Defendants refused to participate in a conference and no responses have been received to discovery interrogatories. Discovery is required to resolve names of parties, locations and dates of parties, documented fraud, perjury, and funds paid for perjury, fraud, etc..

**ARGUMENT**
## III. DEFENDANTS ARE IN VIOLATION OF THE EXPRESS TERMS OF RULE 26

On 12/23/2024 Plaintiffs' Richard, Gelliana, Marcella by email informed Defendants Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, state defendants, Daniel Washburn, Cathy Cottee, City defendants, Comtrans Ambulance Services, Intermountain, Avondale court, Craig Jennings, City of Avondale, United states of America, U.S. Border Patrol, U.S. Department of Health and Human Servies,

3

The Childrens Bureau, the United States District Court for The District Of Arizona, Dominic W. Lanza and John Tuchi, Renee Miller counsel that Plaintiffs were seeking dates to schedule the required Rule 26(f) discovery conference.

**Declaration in Support of Plaintiffs' Motion to Compel Compliance with Fed. Rules Civ. Proc., Rule 26.**

Plaintiffs Richard, Gelliana, Marcella informed Defendants' counsel that if they were unwilling to provide a date for the Rule 26 conference, Plaintiffs would file a motion seeking to compel compliance with Rule 26. Plaintiffs wrote by email to Defendants' counsel requesting confirmation of a date for a Rule 26 meeting. Plaintiffs also informed Defendants that if they were unwilling to provide a date for the discovery conference, Plaintiffs would file a motion seeking to compel Defendants to comply with the requirements of Rule 26. The defendants state defendants, Daniel Washburn, Cathy Cottee, City defendants, Comtrans Ambulance Services, Intermountain, Avondale court, Craig Jennings, City of Avondale, United states of America, U.S. Border Patrol, U.S. Department of Health and Human Servies, The Childrens Bureau, the United States District Court for The District Of Arizona, Dominic W. Lanza and John J. Tuchi, Renee Miller counsel refused to respond. Additionally the state defendants, Daniel Washburn, Cathy Cottee, emailed a refusal to participate in discovery interrogatories.

On 12/23/2024 counsel for the parties Defendants Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, participated in a telephonic meet and confer conference to discuss setting a Rule 26 conference. Defendants Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, Counsel's declined setting a Rule 26 conference and participation in discovery interrogatories. Plaintiffs explained that the text of Rule 26(f) required setting the conference "as soon as practicable" and that Defendants' intention to file a motion to dismiss did not change the requirements of the Rule. Plaintiffs Richard, Gelliana, Marcella informed that per Rule 26(f) that a conference must be scheduled even if a defendant has not yet answered a complaint. Defendants declined to propose or

provide a date for a Rule 26(f) discovery conference and refused to participate in discovery interrogatories.

The Rule 26 provision regarding timing of the discovery conference requires that "the parties must confer as soon as practicable and, in any event, at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." (Fed. Rules Civ. Proc., rule 26(f)(1).) As a scheduling conference has not yet been scheduled, under the applicable rules the discovery conference in this case must be held "as soon as practicable" but in no event later than January 3, 2025.

(Fed. Rules Civ. Proc., rule 26(f)(1), 16(b)(2).) Rule 16(b)(2) requires issuance of a scheduling order as "soon as practicable" and unless there is good cause for delay, "the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." As service was first made on September 13, 2024 a scheduling order is due within 90 days or January 3, 2025. Rule 26(f)(1) requires that the discovery conference be held "at least 21 days earlier" which would be no later than December 13, 2024. (Fed. Rules Civ. Proc., rule 26(f)(1).) Defendants state defendants, Daniel Washburn, Cathy Cottee, City defendants, Comtrans Ambulance Services, Intermountain, Avondale court, Craig Jennings, City of Avondale, United states of America, U.S. Border Patrol, U.S. Department of Health and Human Servies, The defendant Patrick Camunez, First Transit, Littler Mendelson, Lynn Mclean, Childrens Bureau, the United States District Court for The District Of Arizona, Dominic W. Lanza and John J. Tuchi Renee Miller counsel have refused to provide a date for the discovery conference in the time frame required by the applicable Federal Rules or any proposed date whatsoever.

Rule 26 and the accompanying Advisory Committee Notes make clear that 26(f) conferences should happen sooner rather than later, regardless of the preliminary nature of the proceedings. (Fed. Rules Civ. Proc., rule 26, 1993 Advisory Comm. Notes ["It will

often be desirable for the parties to have their Rule 26(f) meeting early in the case, perhaps before a defendant has answered the complaint "].) Rule 26(f)(1) expressly states that "the parties must confer as soon as practicable." Defendants are in violation of the Rules and their clear directives.

The obligation to participate in the planning process is imposed on all parties that have appeared in the case, *including defendants who, because of a pending Rule 12 motion, may not have yet filed an answer in the case.*

(Fed. Rules Civ. Proc., rule 26, 1993 Advisory Comm. Notes (emphasis added), see also, *Melaleuca, Inc. v. Hansen*, 1:10-CV-00553-EJL, 2014 WL 1343452, at *8 (D. Idaho Apr. 3, 2014) [compelling defendant to participate in Rule 26(f) conference while granting plaintiff leave to amend the complaint], *ATEN Int'l Co. Ltd. v. Emine Tech. Co., Ltd.*, 261 F.R.D. 112, 122 (E.D.Tex. 2009) [party not excused from making initial disclosures simply because of pending motions to dismiss, remand, or change venue].)

Defendants' refusal to participate in a Rule 26(f) discovery conference, or even provide a proposed date for such a conference, is in clear violation of the express requirements of the Federal Rules. Defendants' actions, or perhaps more accurately refusal to act, have improperly imposed a stay on this litigation and precluded Plaintiffs from moving forward with discovery and the prosecution of this matter, including injunctive and declaratory relief. Defendants' refusal to comply with the Rules, thereby requiring Plaintiffs to file a noticed motion and seek an order from this Court, has foreclosed any possibility that the parties will be able to hold the discovery conference on or before [Date], as required by applicable Federal Rules. Consequently, Defendants' actions have already resulted in what appears to now be an inevitable violation of the Federal Rules and significant delay to the Plaintiffs and their ability to prosecute this action.

Thus, Plaintiffs request that the Court order a Rule 26(f) conference to occur within 4 business days after an order from this court and that Defendants fulfill all their obligations pursuant to Rule 26.

## IV. CONCLUSION

For the above-stated reasons, Plaintiffs respectfully request that the Court adopt the Proposed Order requiring Defendants to conduct the Rule 26(f) conference within 4 business days of the Court's order.

this __2nd__ day of January 2025

BY: _____
RICHARD RYNN

_____
GELLIANA DAVID RYNN

_____
MARCELLA RYNN

Copy of the foregoing filed electronically through ECF this same date to District court, and mailed and/or emailed to each of the following and defendants registered for electronic filing receive notification through ECF

        Gary M. Restaino, Gabriel A. Peraza, United States Attorney
        United States Of America, The U.S. Border Patrol
        The Childrens Bureau, U.S. Department of Health & Human Services
        The United States District Court For the District Of Arizona
        District Court Judge John J. Tuchi, Judge Dominick Lanza
        401 West Congress Street Suite 4800, Tucson, AZ 85701-5040

Littler Mendelson PC - Phoenix, AZ
2425 E Camelback Rd., Ste. 900
Phoenix, AZ 85016-2907
602-474-3600, 949-705-3000
Email: kshappley@littler.com
Attorney for Defendant Patrick Camunez, Lynn Mclean,
First Transit/Transdev, Littler Mendelson

Les S. Tuskai
City of Phoenix, Phoenix police department
200 W. Washington Street Phoenix, AZ 85003
les.tuskai@phoenix.gov

Elizabeth Soveranez, Ogletree, Deakins, Nash Smoak & Stewart, P.C.
ComTrans Ambulance Services
2415 East Camelback Road Suite 800
Phoenix, AZ 85016
Elizabeth.soveranez@ogletree.com

Julie Rhodes
Arizona Attorney General
15 S 15th Ave
Phoenix, AZ 85007
   Desk: 602-542-7612
Julie.Rhodes@azag.gov
   http://www.azag.gov

Robert B. Zelms, Esq.
Courtney D. Casiano, Esq.
Zelms Erlich Lenkov & Mack
5415 E. High Street, suite 425
Phoenix, AZ 85054
Attorneys for Intermountain

Kelley M. Jancaitis
2800 North Central Avenue
Suite 1600 Phoenix, Arizona 85004-1047
Attorneys for Defendant Renee Miller

        Respectfully Submitted
          this __2nd__ day of January 2025
            BY: _____
                RICHARD RYNN
                _____
                GELLIANA DAVID RYNN
                _____
                MARCELLA RYNN