**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Rynn, et al., | No. CV-24-00594-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Craig Jennings, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Compel the Setting of a Rule 26 Conference. (Doc. 117.) Defendants filed four responses in opposition to the Motion, (*see* Docs. 135, 138, 140, 142), and Plaintiffs replied, (Doc. 153). Plaintiffs have served several discovery requests on Defendants. (*See* Docs. 89, 93, 99, 101.) No defendant has filed an answer in this case, and 11 motions to dismiss under Rule 12 remain pending. (*See* Docs. 15, 25, 63, 68, 81, 88, 90, 92, 96, 108, 112.) For the following reasons, the Court will deny Plaintiffs' Motion.

Federal Rule of Civil Procedure 26(f)(1) provides that "[e]xcept in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is held or a scheduling order is due under Rule 16(b)." Generally, the court must issue a scheduling order "as soon as practicable, but *unless the judge finds good cause for delay*, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has

appeared." Fed. R. Civ. P. 16(b)(2) (emphasis added). "District courts have broad discretion to manage discovery and to control the course of litigation under [Rule 16]." *Hunt v. Cnty. of Orange*, 672 F.3d 606, 616 (9th Cir. 2012).

The Court finds good cause to delay issuing a scheduling order until after it rules on the Defendants' motions to dismiss. "Where, as here, the operative complaint is challenged by motion practice, 'delaying discovery until the claims and defenses in the case are better defined reduces expenses, minimizes the burden of unnecessary discovery, and conserves judicial resources.'" *Zavala v. Kruse-Western, Inc.*, No. 119CV00239DADSKO, 2019 WL 3219254, at *2 (E.D. Cal. July 17, 2019) (quoting *In re Morning Song Bird Food Litig.*, No. 12CV1592-JAH(RBB), 2013 WL 12143947, at *3 (S.D. Cal. Jan. 25, 2013)). Plaintiffs may not seek discovery before the Court sets a Rule 26 conference. *See* Fed. R. Civ. P. 26(d)(1).

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Compel the Setting of Rule 26 Conference (Doc. 117) is **denied**. Defendants are not required to respond to Plaintiffs' pending discovery requests.

Dated this 4th day of February, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge