IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Rynn, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Craig Jennings, et al.,<br><br>        Defendants. | NO. CV-24-00594-TUC-JGZ<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 19, 2025, the complaint and action are dismissed without leave to amend as to defendants Patrick Camunez, City of Phoenix, Phoenix Police Department, Littler Mendelson, P.C., First Transit, Inc., Transdev Services, Inc., Cathy Cottee, Judge Daniel Washburn, ComTrans Ambulance Service, Inc., Intermountain Foster Care, LLC, City of Avondale, Avondale City Court, Judge Craig Jennings, Federal Defendants'(Dominic W Lanza, John J Tuchi, United States of America, United States District Court, Childrens Bureau, United States Border Patrol, United States Department of Health and Human Services.), Renee Miller, and Lynn McLean.

Debra D. Lucas
District Court Executive/Clerk of Court

February 19, 2025

                                                                s/ Samantha Bracamonte
                                                        By    Deputy Clerk