|   |   |
|---|---|
| Richard Rynn, Gelliana David Rynn<br>Marcella Rynn<br>1299 E. Marlin Drive<br>Chandler, AZ 85286<br>(520)510-6370<br>richardrynn@yahoo.com<br>*Pro Per* | |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD RYNN, GELLIANA DAVID RYNN, MARCELLA RYNN<br>Plaintiffs,<br>v.<br>Defendants.<br>CRAIG JENNINGS for actions outside of his official capacity as judge of Avondale city court, CITY OF AVONDALE, PHOENIX POLICE DEPARTMENT, CITY OF PHOENIX, AVONDALE COURT, PATRICK CAMUNEZ, FIRST TRANSIT, TRANSDEV, LYNN MCLEAN, DOMINIC LANZA, AND JOHN TUCHI for actions outside of his official capacity as judge of the district court, UNITED STATES, UNITED STATES DISTRICT COURT, BORDER PATROL, LITTLER MENDELSON, CHILDRENS BUREAU, DEPARTMENT OF HEALTH AND HUMAN SERVICES, COMTRANS, CATHY COTTEE, CANDY ZAMMIT, RENEE MILLER, INTERMOUNTAIN, DANIEL WASHBURN for actions outside of his official capacity as judge of Pinal County Superior court, ABC CORPORATION I-X; AND BLACK AND WHITE PARTNERSHIPS, AND/OR SOLE PROPRIETORSHIPS I-X, et al | Case No. CV-24-594-TUC-JGZ<br><br>PLAINTIFFS RICHARD, GELLIANA, MARCELLA MOTION TO AMEND COMPLAINT |

1

## Plaintiffs' Richard, Gelliana, Marcella Motion to Amend Complaint

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs have provided notice to all appearing Defendants via email and mail. Federal Defendants objected to the amendments to complaint but suggested may allow an amendment after review of amended complaint. Renee Miller represented by Broening Oberg replied that they refuse to answer to plaintiff's request, State of Arizona Defendants, objected to the amendment of complaint. No answer form other defendants at this time. Plaintiffs seek leave to amend the Complaint to: (1) add additional parties; (2) clarify the identities of Defendants; and (3) more clearly define the claims and ongoing damages and the clarification of resjudicata based on the Superior courts order in 2017 that was not reviewed by the court. The prior legal 2017 court proceeding Quail Run v Richard Rynn terminated in Plaintiff's favor on or about 10/27/2017 allowing plaintiffs to proceed with claims of malicious prosecution harassment, etc., The District Court's 2018 ruling in *Rynn v. McKay* affirmed that Plaintiff Marcella may proceed with her individual claims with a separate lawsuit. Defendants' counsel subsequently misrepresented material facts concerning Marcella's claims and omitted the lower court's ruling, warranting additional claims of fraud in the amended complaint.

Furthermore, district court judge Dominck Lanza and judge John Tuchi's refusal to correct misrepresentations in two related cases Rynn V First Transit and Rynn V McKay and failing to resolve ongoing claims of injuries supports Plaintiffs' claims for fraud and additional claims, which are more clearly defined in Plaintiffs amended complaint.

Plaintiffs' amended complaint also addresses Defendants' conduct, including perjury and the issuance of ex parte orders without due process, which render Defendants' actions void.

2

Lastly, Plaintiffs add additional claims related to the fraudulent acquisition of federal funds, under the false claims act which must be repaid. See Plaintiffs corrected statement of exhibits filed March 3, 2025 that supports Plaintiffs amended complaint.

This motion is filed in response to Defendants' motions to dismiss and the Court's ruling directing Plaintiffs to provide a more clearly defined Complaint. To the extent leave of Court is required, Plaintiffs respectfully request such leave, as the proposed amendments will not prejudice Defendants.

Under Rule 15(a)(2), leave to amend should be freely granted when justice so requires.

*Rule 15 (a) AMENDMENTS BEFORE TRIAL. (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course no later than:*
 *(A) 21 days after serving it, or*
 *(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.*
*(b) AMENDMENTS DURING AND AFTER TRIAL. (1) Based on an Objection at Trial. If, at trial, a party objects that evidence is not within the issues raised in the pleadings, the court may permit the pleadings to be amended. The court should freely permit an amendment when doing so will aid in presenting the merits and the objecting party fails to satisfy the court that the evidence would prejudice that party's action or defense on the merits. The court may grant a continuance to enable the objecting party to meet the evidence. (2) For Issues Tried by Consent. When an issue not raised by the pleadings is tried by the parties' express or implied consent, it must be treated in all respects as if raised in the pleadings. A party may move—at any time, even after judgment—to amend the pleadings to conform them to the evidence and to raise an unpleaded issue. But failure to amend does not affect the result of the trial of that issue.*

Respectfully Submitted

this __10th__ day of March 2025
BY: _____
RICHARD RYNN
_____
GELLIANA DAVID RYNN
_____
MARCELLA RYNN

3

Copy of the foregoing filed electronically through ECF this same date to District court. and mailed and/or emailed to each of the following and defendants registered for electronic filing receive notification through ECF.

Gary M. Restaino, Gabriel A. Peraza, United States Attorney, United States Of America, The U.S. Border Patrol, The Childrens Bureau, U.S. Department of Health & Human Services The United States District Court For the District Of Arizona, District Court Judge John J. Tuchi, Judge Dominick Lanza, 401 West Congress Street Suite 4800, Tucson, AZ 85701-5040

Littler Mendelson PC - Phoenix, AZ
2425 E Camelback Rd., Ste. 900
Phoenix, AZ 85016-2907
602-474-3600, 949-705-3000
Email: kshappley@littler.com
Attorney for Lynn Mclean, Patrick Camunez, First Transit/Transdev, Littler Mendelson

Les S. Tuskai
City of Phoenix, Phoenix police department
200 W. Washington Street Phoenix, AZ 85003
les.tuskai@phoenix.gov

Candy Zammit at 25300 North
2nd Lane, Apt. 1307, Phoenix, AZ 85085

Elizabeth Soveranez, Ogletree, Deakins, Nash Smoak & Stewart, P.C.
ComTrans Ambulance Services
2415 East Camelback Road Suite 800
Phoenix, AZ 85016
Elizabeth.soveranez@ogletree.com

Julie Rhodes Arizona Attorney General
15 S 15th Ave, Phoenix, AZ 85007
Attorney for Cathy Cottee, Daniel Washburn
State of Arizona, Dept. Of Child Safety
Julie.Rhodes@azag.gov
http://www.azag.gov

Robert B. Zelms, Esq.
Courtney D. Casiano, Esq.
Zelms Erlich Lenkov & Mack
5415 E. High Street, suite 425
Phoenix, AZ 85054
Attorneys for Intermountain

Kelley M. Jancaitis
2800 North Central Avenue
Suite 1600 Phoenix, Arizona 85004-1047
Attorneys for Defendant Renee Miller

Nicholle Harris, Lisa Maxie-Mullins, Stephen Kemp, Brandon Cartwright representing Craig Jennings, City of Avondale, Avondale Police Department
11465 West Civic Center Dr, Avondale, AZ 85323

Respectfully Submitted
this __10th__ day of March 2025

_____
RICHARD RYNN

_____
GELLIANA DAVID RYNN

_____
MARCELLA RYNN

4